| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | RITA BOSWORTH |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | San Francisco, CA 94102 |
| 4 | Telephone: (415) 436-7700 |
| | Telefacsimile: (415) 436-7706 |

Counsel for Defendant BELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR-12-680 RS |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER TO CONTINUE SENTENCING |
| v. | ) |
| | ) Current hearing date: May 7, 2013 |
| MAURICE BELL, | ) Proposed hearing date: May 21, 2013 |
| Defendant. | ) |

1. On January 29, Mr. Bell pled guilty to one count of theft of government property. His sentencing date was set for May 7.

2. Defense counsel has since learned that she will be out of the district for work on May 7. In order to assure that Mr. Bell's lawyer is present during his sentencing hearing, a critical stage of his proceedings, it is necessary to continue his sentencing.

3. According to the Court's calendar, the Court is not available the following week on May 14. Therefore, the parties request that Mr. Bell's sentencing hearing be re-set for May 21.

4. Mr. Bell is out of custody, so a continuance does not prejudice him in any way.

//

*U.S. v. Bell*, 12-680 Stipulation to continue sentencing

| | |
|---|---|
| | IT IS SO STIPULATED. |

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney |
| 4/29/13<br>———————<br>DATED | /s/<br>————————————————<br>HEATHER MELTON<br>Special Assistant United States Attorney |
|  | STEVEN KALAR<br>Federal Public Defender |
| 4/29/13<br>———————<br>DATED | /s/<br>————————————————<br>RITA BOSWORTH<br>Assistant Federal Public Defender |

In light of the parties' stipulation, it is hereby ORDERED that the sentencing hearing set for May 7, 2013, is VACATED and RESCHEDULE for May 21, 2013, at 2:30 p.m.

|  |  |
|---|---|
| 5/1/13<br>———————<br>DATED | ————————————————<br>RICHARD SEEBORG<br>United States District Judge |

*U.S. v. Bell*, 12-680 Stipulation to continue sentencing

2